MICHAEL D. BRUNO  (SBN:  166805)
JANA BURESOVA  (SBN:  296543)
mbruno@grsm.com
jburesova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-3126
Facsimile:   (415) 986-8054

Attorneys for Defendants
MINIMALLY INVASIVE SURGICAL
SOLUTIONS MEDICAL CORPORATION;
ARASH M. PADIDAR; REZA MALEK

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FERNANDEZ<br><br>     Plaintiff,<br><br>  vs.<br><br>MINIMALLY INVASIVE SURGICAL SOLUTIONS MEDICAL CORPORATION; ARASH M. PADIDAR; REZA MALEK; DOES 1-10<br><br>     Defendants. | CASE NO.  5:20-cv-03899<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSE TO COMPLAINT** |

   The parties hereto, Plaintiff ELIZABETH FERNANDEZ ("Plaintiff") and Defendants

MINIMALLY INVASIVE SURGICAL SOLUTIONS MEDICAL CORPORATION; ARASH M.

PADIDAR; AND REZA MALEK (collectively "Defendants"), by and through their respective

counsel of record, hereby stipulate as follows:

   WHEREAS, Local Rule 6-1 (a) of the United States District Court for the Northern District

of California provides that the Parties may stipulate in writing, without a Court order, to extend the

time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time

in matters not required to be filed or lodged with the Court, provided the change will not alter the

date of any event or any deadline already fixed by Court order.  Such stipulations shall be promptly

filed pursuant to Civil L.R. 5;

JOINT STIIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel, that Defendants shall file and serve its answer to Plaintiff's Complaint on or before July 10, 2020.

**IT IS SO STIPULATED.**

Dated:  June 19, 2020                    GORDON REES SCULLY MANSUKHANI, LLP

By:     */s/ Michael D. Bruno*
        Michael D. Bruno
        Jana Buresova
        Attorneys for Defendants

Dated:  June 19, 2020                    ROBERT DAVID BAKER, INC.

By:     */s/ Robert David Baker*
        Robert David Baker
        Attorneys for Plaintiff

**Gordon Rees Scully Mansukhani, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

2

**PROOF OF SERVICE**

*Elizabeth Fernandez v. Minimally Invasive Surgical Solutions, et al.*
USDC, Northern District Case No. 5:20-cv-03899

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon Rees Scully Mansukhani, LLP 1111 Broadway, Suite 1700, Oakland, CA 94607.  On the date set forth below, I served the within documents:

**JOINT STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF ELIZABETH FERNANDEZ'S COMPLAINT IN THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

☒    **Via Court Approved Efiling & Eservice Vendor**:  by transmitting via electronic service the document(s) listed above to the parties and/or email address(es) set forth below.

**Attorneys for Plaintiff:**

Robert David Baker, Esq.
ROBERT DAVID BAKER, INC.
80 South White Road
San Jose, California 95127
Tel:     408-251-3400
Fax:     408-251-3401
Email:  rbaker@rdblaw.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **June 19, 2020** at Oakland California.

_____
Nadine E. Williams

Gordon Rees Scully Mansukhani, LLP
1111 Broadway, Suite 1700
Oakland, CA  94607