MICHAEL D. BRUNO (SBN: 166805)
JANA BURESOVA (SBN: 296543)
mbruno@grsm.com
jburesova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3126
Facsimile: (415) 986-8054

Attorneys for Defendants
MINIMALLY INVASIVE SURGICAL
SOLUTIONS MEDICAL CORPORATION;
ARASH M. PADIDAR; REZA MALEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH FERNANDEZ<br><br>        Plaintiff,<br><br>    vs.<br><br>MINIMALLY INVASIVE SURGICAL SOLUTIONS MEDICAL CORPORATION; ARASH M. PADIDAR; REZA MALEK; DOES 1-10<br><br>        Defendants. | CASE NO. 20CV365784<br><br>**DEFENDANTS' CERTIFICATE OF SERVICE** |

I, Stacey Drucker, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. I served the attached within documents:

1. **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) (FEDERAL QUESTION JURISIDCTION);**
2. **CIVIL CASE COVER SHEET;**
3. **NOTICE OF ASSIGNMENT OF CASE/CONSENT/DECLINATION OF MAGISTRATE JUDGE;**
4. **JUDGE'S STANDING ORDERS FOR NATHANAEL M. COUSINS;**
5. **ECF REGISTRATION INFORMATION; and**

6.     **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.**

[X]   **ELECTRONIC TRANSMISSION:** By transmitting a pdf format version of the document(s) via electronic mail to the party(s) identified on the service list using the email address(es) indicated.

**Attorneys for Plaintiff:**

Robert David Baker, Esq.
Robert David Baker, Inc.
80 South White Road
San Jose, California 95127
Tel:    408-251-3400
Fax:   408-251-3401
Email: rbaker@rdblaw.net

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 23, 2020, at San Francisco, California.

_____
Stacey Drucker