UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FERNANDEZ<br>                              Plaintiff(s)<br>            v.<br><br>MINIMALLY INVASIVE SURGICAL<br>                              SOULTIONS, et al.,<br>                              Defendant(s). | Case No. 5:20-cv-03899<br><br>CONSENT OR DECLINATION<br>TO MAGISTRATE JUDGE<br>JURISDICTION |

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:   August 10, 2020

NAME:   Michael Bruno

COUNSEL FOR
(OR "PRO SE"):   Defendants Minimally Inv. Surgical
Solutions Medical Corp., Arash M. Padidar

*s/Michael D. Bruno*
*Signature*