MICHAEL D. BRUNO  (SBN: 166805)
JANA BURESOVA  (SBN: 296543)
mbruno@grsm.com
jburesova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-3126
Facsimile:   (415) 986-8054

Attorneys for Defendants
MINIMALLY INVASIVE SURGICAL
SOLUTIONS MEDICAL CORPORATION;
ARASH M. PADIDAR; REZA MALEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FERNANDEZ<br><br>Plaintiff,<br><br>vs.<br><br>MINIMALLY INVASIVE SURGICAL SOLUTIONS MEDICAL CORPORATION; ARASH M. PADIDAR; REZA MALEK; DOES 1-10<br><br>Defendants. | CASE NO.  5:20-cv-03899<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT REZA MALEK** |

Notice is hereby given that Michael D. Bruno and Jana Buresova of Gordon Rees Scully Mansukhani, withdraw as counsel for Defendant REZA MALEK.  Conor J. Dale and Julie Y. Zong, Jackson Lewis, PC, remain as counsel for Defendant REZA MALEK.

Dated: August 12, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Michael D. Bruno*
Michael D. Bruno
Jana Buresova
Attorneys for Defendants

1
NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT REZA MALEK

**PROOF OF SERVICE**

*Elizabeth Fernandez v. Minimally Invasive Surgical Solutions, et al.*
USDC, Northern District Case No. 5:20-cv-03899

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 275 Battery Street, 20th Floor, San Francisco CA 94111.

On the date set forth below, I served on the party listed below the foregoing document(s) described as:

**NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT REZA MALEK**

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made

**Attorneys for Plaintiff:**

Robert David Baker, Esq.
ROBERT DAVID BAKER, INC.
80 South White Road
San Jose, California 95127
Tel:    408-251-3400
Fax:    408-251-3401
Email: rbaker@rdblaw.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **August 12, 2020** at San Francisco, California.

Stacey Drucker